UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BANKS,
    Plaintiff

- v -                                            Civil No 3:00CV1491(TPS))

AHEARN,
    Defendant

### ORDER

A settlement/status conference shall be held before the undersigned on **November 12, 2003, at** 2:00 p.m. The parties shall submit *ex parte* statements **to the Chambers of Judge Smith**, not to exceed four pages, briefly setting forth their settlement positions, no later than November 7, 2003. **Facsimiles will not be accepted**.

Counsel shall be accompanied by the appropriate persons with **authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

IT IS SO ORDERED.

**Dated at Hartford, Connecticut this 23rd day of October, 2003.**

_____
**Thomas P. Smith**
**United States Magistrate Judge**