UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DUANE K. BANKS,
    Plaintiff,

v.

S. AHERN, et al.,
    Defendants.

CIV. NO. 3:00CV1491(TPS)

## WRIT OF HABEAS CORPUS

TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, GREETING:

By authority of the United States of America, you are hereby commanded to bring **DUANE K. BANKS**, #104865, who is now confined at Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut, before the United States District Court for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on the 12th day of November, at 1:30 p.m., to participate in a settlement conference in a civil matter pending before this court.

Dated at Hartford, Connecticut, this 30th day of October, 2003.

BY ORDER OF THE COURT

THOMAS P. SMITH
U.S. MAGISTRATE JUDGE