UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

November 12, 2003

2:00 p.m.

---

CASE NO. **3-00-cv-1491** (TPS) **Banks v. Ahearn**

**SETTLEMENT/STATUS CONFERENCE**

Richard T. Biggar
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105
Tel: 860-808-5450
Fax: 860-808-5591

Robert Bishop Fiske III
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105
Tel: 860-808-5450

James J. Nugent
Nugent & Bryant
236 Boston Post Rd.
Orange, CT 06477-3207
Tel: 203-795-1113
Fax: 203-795-1019

*2.5 time*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS -
case settled -*