UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DUANE K. BANKS,
    Plaintiff

- v -
                                    Civil No. 3-00CV1491(TPS)

S. AHERN,
    Defendant

## MEMORANDUM AND ORDER

A settlement conference was held in this case November 12, 2003. The case has been settled. The parties will file the appropriate papers within 30 days, December 12, 2003.

Dated at Hartford, Connecticut, this 12th day of November, 2003.

Thomas P. Smith
United States Magistrate Judge