UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DUANE K. BANKS,
     Plaintiff

  - v -

                                     Civil No. 3:00CV1491(TPS)

S.AHERN, ET AL.,
     Defendant

## ORDER OF DISMISSAL

A settlement conference was held on November 12, 2003 at which time this case was settled. (Dkt. # 29). Therefore, by agreement of counsel, the clerk is ordered to dismiss the case with prejudice and without costs. **THIS CASE IS DISMISSED.**

    IT IS SO ORDERED

    Dated at Hartford, Connecticut, this 14th day of April, 2004.

                                    Thomas P. Smith
                                    United States Magistrate Judge